IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------X
HANGANG GLOBAL SHIPPING CO., LTD.,

         Plaintiff,

         v.                                 Civil Action No. 24-cv-11111 (EP)(MAH)

DELTA CORP SHIPPING PTE LTD,

         Defendant,

         and

VALLEY NATIONAL BANK,

         Garnishee.
-------------------------------------------------------------X

**ORDER FOR**
**(i) AN ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, (ii) LEAVE TO DEEM SERVICE CONTINUOUS, AND (iii) LEAVE TO SERVE LATER IDENTIFIED GARNISHEES**

UPON READING Plaintiff Hangang Global Shipping Co. Ltd's ("Hangang" or the "Plaintiff") *Verified Complaint* and *Ex Parte Motion for (i) an Order Authorizing Issuance of Process of Maritime Attachment and Garnishment, (ii) Leave to Deem Service Continuous, and (iii) Leave to Serve Later Identified Garnishees*, the Court finds that the conditions for an action under Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure ("Rule B") appear to exist,

**IT IS HEREBY ORDERED, ADJUGDED AND DECREED** that the Clerk of Court is authorized to issue a Writ of Attachment and Garnishment as prayed for in the *Verified Complaint*;

**IT IS FURTHER ORDERED** that a copy of this Order be attached to and served with the said *Writ of Attachment and Garnishment*;

**IT IS FURTHER ORDERED** that the Clerk of Court is authorized to issue a *Writ of Attachment and Garnishment* over the property, funds, goods, chattels, credits and/or effects of defendant Delta Corp Shipping Pte Ltd ("Delta Corp" or the "Defendant") located within the District, including any funds in the District that are in the care, custody, and control of garnishees, including but not limited to Valley National Bank (the "Garnishee"), who are hereby ordered to refrain from releasing or otherwise utilizing or disposing of any tangible or intangible property belonging to Delta Corp that is now or comes into their care, custody, or control;

**IT IS FURTHER ORDERED** that in order to avoid the need to repetitively serve the garnishee(s) continuously throughout the day, any copy of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day, and subsequent service of process is authorized via facsimile or email following initial *in personam* service;

**IT IS FURTHER ORDERED** that Hangang is authorized to serve any additional garnishee(s) who may obtain during the course of this litigation, are holding, or are believed to be holding, property of Delta Corp; and

**IT IS FURTHER ORDERED** that Hangang agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible from any and all liability or responsibility for claims arising from the arrest or attachment of the property.

New Jersey, this <u>18th</u> of December, 2024.

*[signature]*

UNITED STATES DISTRICT JUDGE