IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

HANGANG GLOBAL SHIPPING CO., LTD.,

      Plaintiff,

  v.                                      Civil Action No.
                                                24-cv-11111 (EP)(MAH)

DELTA CORP SHIPPING PTE LTD,               **NOTICE OF VOLUNTARY**
                                                  **DISMISSAL AND ORDER**
      Defendant,

  and

VALLEY NATIONAL BANK,

      Garnishee.

-----------------------------------------------------------X

      PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff Hangang Global Shipping Co., Ltd as to the named Defendant Delta Corp Shipping Pte Ltd and Garnishee Valley National Bank, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. No costs are to be assessed to any party.

      FURTHERMORE, all property, including assets, accounts, funds, etc., of Defendant Delta Corp Shipping Pte Ltd, currently attached and held by any and all garnishees, pursuant to the Court's Order for Issuance of Process of Maritime Attachment, dated December 18, 2024, and corresponding Process of Maritime Attachment and Garnishment, including any Supplemental Process, are to be released to the Defendant, and said attachments are vacated.

-2-

Dated: July 18, 2025
      New York, New York

                                      MONTGOMERY MCCRACKEN
                                      WALKER & RHOADS LLP

                                      */s/ Timothy Semenoro*
                                      Timothy Semenoro
                                      MONTGOMERY MCCRACKEN
                                      WALKER & RHOADS LLP
                                      437 Madison Avenue
                                      New York, NY 10022
                                      Telephone:    (212) 867-9500
                                      Emails:        tsemenoro@mmwr.com

                                      *Attorneys for Plaintiff*

SO ORDERED:


_____
Hon. Evelyn Padin, U.S.D.J.
Hon. Michael A. Hammer, U.S.M.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------X

HANGANG GLOBAL SHIPPING CO., LTD.,

       Plaintiff,

       v.                                       Civil Action No.

DELTA CORP SHIPPING PTE LTD,

       Defendant,

       and

VALLEY NATIONAL BANK,

       Garnishee.

---------------------------------------------------------X

## **VERIFICATION**

I, Gwonsik Kim, declare and state:

1. I am a Director of Hangang Global Shipping Co., Ltd ("Hangang");

2. I am authorized on behalf of Hangang to make this statement;

3. I am over the age of 18;

4. I am competent to make and swear to the statements made herein;

5. I have personal knowledge of the facts stated herein;

6. The facts alleged in this *Verified Complaint* are true and correct to the best of my knowledge except as to any matters stated to be alleged upon information and belief which, as to those matters, I believe them to be true.

Pursuant to 28 U.S.C. §1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 12th day of December, 2024.

                                                              _____
                                                              Gwonsik Kim, Hangang Global Shipping Co., Ltd