

**Timothy Semenoro**
Partner
Admitted in New York, New Jersey

437 Madison Avenue
New York, NY 10022
Tel: 212-867-9500

Direct Dial:  212-551-7793
Fax:          212-599-1759
Email:        tsemenoro@mmwr.com

July 18, 2025

The Honorable Evelyn Padin
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *Hangang Global Shipping Co. Ltd. v. Delta Corp Shipping Pte Ltd.*
      *2:24-cv-11111-EP-MAH*

Dear Judge Padin,

We represent the Plaintiff Hangang Global Shipping Co. Ltd. ("Hangang") in the above-captioned action. We write to provide a final update on our efforts.

We had asked for, and Your Honor granted, additional time for Plaintiff to follow up with the garnishee bank about previously served interrogatories. The garnishee bank has recently finished responding to these interrogatories. Based on the information provided by the garnishee and the current circumstances, the Plaintiff has elected to voluntarily dismiss the subject legal action.

Accordingly, a Notice of Voluntary Dismissal and Order was just filed on the docket as ECF No. 14. We respectfully request that Your Honor So Order the Notice. This will allow the legal action to be dismissed and, more importantly, allow any funds attached in relation to this legal action to be released.

MONTGOMERY McCRACKEN WALKER & RHOADS LLP

PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
MICHAEL J. FEKETE, NEW JERSEY RESPONSIBLE PARTNER

Montgomery McCracken Walker & Rhoads LLP

July 18, 2025
Page 2

      We thank Your Honor in advance for your continued understanding and assistance. If there are any questions or concerns, please do not hesitate to contact the undersigned.

      Respectfully submitted,

**Montgomery McCracken Walker & Rhoads, LLP**
*Attorneys for Plaintiff Hangang*

*/s/ Timothy Semenoro*

Timothy Semenoro