**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------X

HANGANG GLOBAL SHIPPING CO., LTD.,

Plaintiff,

v.

DELTA CORP SHIPPING PTE LTD,

Defendant,

and

VALLEY NATIONAL BANK,

Garnishee.

---------------------------------------------------------X

Civil Action No.
24-cv-11111 (EP)(MAH)

**NOTICE OF VOLUNTARY DISMISSAL AND ORDER**

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff Hangang Global Shipping Co., Ltd as to the named Defendant Delta Corp Shipping Pte Ltd and Garnishee Valley National Bank, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. No costs are to be assessed to any party.

FURTHERMORE, all property, including assets, accounts, funds, etc., of Defendant Delta Corp Shipping Pte Ltd, currently attached and held by any and all garnishees, pursuant to the Court's Order for Issuance of Process of Maritime Attachment, dated December 18, 2024, and corresponding Process of Maritime Attachment and Garnishment, including any Supplemental Process, are to be released to the Defendant, and said attachments are vacated.

Dated: July 18, 2025
New York, New York

MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 8/19/2026

*/s/ Timothy Semenoro*
Timothy Semenoro
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 867-9500
Emails: tsemenoro@mmwr.com

*Attorneys for Plaintiff*